PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| MARK YODER, ) | |
| ) | CASE NO. 4:21CV1096 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ADVANCE STORES COMPANY, INC., ) | |
| *etc.*, *et al.*, ) | |
| ) | **ORDER OF DISMISSAL** |
| Defendants. ) | |

On January 14, 2022, the Court was informed by Andrew D. Pappert, one of the attorneys for Plaintiff, that the parties have reached a settlement. Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before February 14, 2022, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Telephonic Status Conference set for today at 3:00 p.m. is cancelled.

IT IS SO ORDERED.

January 14, 2022            */s/ Benita Y. Pearson*
Date                            Benita Y. Pearson
                                United States District Judge